1  Haynes and Boone, LLP
2  Kenneth Parker/Bar No. 182911
     kenneth.parker@haynesboone.com
3  William C. O'Neill/Bar No. 251071
     william.oneill@haynesboone.com
4  18100 Von Karman, Suite 750
5  Irvine, CA 92612
6  (949) 202-3000

7  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor in interest to CHRISTIANA BANK & TRUST COMPANY, as trustee for JOHN DOE TRUST 1, JANE DOE TRUST 2, JOHN DOE TRUST 3, JANE DOE TRUST 4, JOHN DOE TRUST 5, JOHN DOE TRUST 6, JANE DOE TRUST 7, JOHN DOE TRUST 8, JOHN DOE TRUST 9, JOHN DOE TRUST 10, JOHN DOE TRUST 11, JOHN DOE TRUST 12, JOHN DOE TRUST 13, JOHN DOE TRUST 14, JOHN DOE TRUST 15, JOHN DOE TRUST 16, JOHN DOE TRUST 17, JOHN DOE TRUST 18, JOHN DOE TRUST 19, JOHN DOE TRUST 20, JOHN DOE TRUST 21, JANE DOE TRUST 22, JOHN DOE TRUST 23, JOHN DOE TRUST 24, JOHN DOE TRUST 25, JOHN DOE TRUST 26, JANE DOE TRUST 27, JOHN DOE TRUST 28, JOHN DOE TRUST 29, JOHN DOE TRUST 30, JOHN DOE TRUST 31, JOHN DOE | Case No.: 2:12-cv-04926-SVW-AJW<br><br>**JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*Complaint served: June 7, 2012*<br>*Current response date: June 28, 2012*<br>*New response date: August 6, 2012* |

| | |
|---|---|
| TRUST 32, JOHN DOE TRUST 33, JOHN DOE TRUST 34, JOHN DOE TRUST 35, JOHN DOE TRUST 36, JANE DOE TRUST 37, JOHN DOE TRUST 38, JOHN DOE TRUST 39, JANE DOE TRUST 40, JOHN DOE TRUST 41, JANE DOE TRUST 42, JANE DOE TRUST 43, JOHN DOE TRUST 44, JOHN DOE TRUST 45, JOHN DOE TRUST 46, JANE DOE TRUST 47, JOHN DOE TRUST 48, JOHN DOE TRUST 49, JOHN DOE TRUST 50, JOHN DOE TRUST 51, JANE DOE TRUST 52, JANE DOE TRUST 53, JOHN DOE TRUST 54, JOHN DOE TRUST 55, JOHN DOE TRUST 56, JANE DOE TRUST 57, JOHN DOE TRUST 58, JANE DOE TRUST 59, JOHN DOE TRUST 60,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, and THE PHOENIX COMPANIES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, Plaintiffs Wilmington Savings Fund Society, FSB, as successor in interest to Christiana Bank & Trust Company, as trustee for John Doe Trust 1, Jane Doe Trust 2, John Doe Trust 3, Jane Doe Trust 4, John Doe Trust 5, John Doe Trust 6, Jane Doe Trust 7, John Doe Trust 8, John Doe Trust 9, John Doe Trust 10, John Doe Trust 11, John Doe Trust 12, John Doe Trust 13, John Doe Trust 14, John Doe Trust 15, John Doe Trust 16, John Doe Trust 17, John Doe

**JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

1  Trust 18, John Doe Trust 19, John Doe Trust 20, John Doe Trust 21, Jane Doe
2  Trust 22, John Doe Trust 23, John Doe Trust 24, John Doe Trust 25, John Doe
3  Trust 26, Jane Doe Trust 27, John Doe Trust 28, John Doe Trust 29, John Doe
4  Trust 30, John Doe Trust 31, John Doe Trust 32, John Doe Trust 33, John Doe
5  Trust 34, John Doe Trust 35, John Doe Trust 36, Jane Doe Trust 37, John Doe
6  Trust 38, John Doe Trust 39, Jane Doe Trust 40, John Doe Trust 41, Jane Doe
7  Trust 42, Jane Doe Trust 43, John Doe Trust 44, John Doe Trust 45, John Doe
8  Trust 46, Jane Doe Trust 47, John Doe Trust 48, John Doe Trust 49, John Doe
9  Trust 50, John Doe Trust 51, Jane Doe Trust 52, Jane Doe Trust 53, John Doe
10 Trust 54, John Doe Trust 55, John Doe Trust 56, Jane Doe Trust 57, John Doe
11 Trust 58, Jane Doe Trust 59, John Doe Trust 60 ("Plaintiffs") filed this lawsuit on
12 June 5, 2012 in the above-captioned court;

WHEREAS, the Complaint was served on Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, and The Phoenix Companies, Inc. ("Defendants") on June 7, 2012;

WHEREAS, Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, and The Phoenix Companies, Inc. represented that they require additional time to review the allegations and the facts at issue in order to respond to the Complaint;

WHEREAS, Defendants believe that judicial efficiency and economy would be promoted by allowing the Defendants a brief extension to respond to this initial Complaint up to and including August 6, 2012;

WHEREAS, the parties have not requested a prior extension;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, and they jointly move that the Court enter an order as follows:

///

3

**JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

1. Defendants, and each of them, shall have up to and including August 6, 2012 to respond to the Complaint in this action.

DATED:  June 14, 2012            PROSKAUER ROSE LLP


                                 By:   /s/ Nancy S. Cohen
                                     Nancy S. Cohen
                                     John E. Failla
                                     Attorneys for Plaintiffs


DATED:  June 14, 2012            HAYNES AND BOONE, LLP


                                 By:   /s/ William C. O'Neill
                                     Kenneth G. Parker
                                     William C. O'Neill
                                     Attorneys for Defendants PHL
                                     VARIABLE INSURANCE COMPANY,
                                     PHOENIX LIFE INSURANCE
                                     COMPANY, and THE PHOENIX
                                     COMPANIES, INC.

**JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred. My business address is 18100 Von Karman Avenue, Suite 750, Irvine, California 92612.

On *June 14, 2012,* I served the following document described as: ***JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT*** on the interested parties in this action, addressed as follows:

Nancy S. Cohen, Esq.
John E. Failla, Esq.
Proskauer Rose, LLP
2049 Century Park East
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

in the manner identified below:

**[XXX]**     **BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with Code of Civil Procedure Section 1010.6. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on *June 14, 2012,* at Irvine, California.

*Kelley L. Saunders*
_____
Kelley L. Saunders