Haynes and Boone, LLP
Kenneth Parker/Bar No. 182911
  kenneth.parker@haynesboone.com
William C. O'Neill/Bar No. 251071
  william.oneill@haynesboone.com
18100 Von Karman, Suite 750
Irvine, CA 92612
(949) 202-3000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor in interest to CHRISTIANA BANK & TRUST COMPANY, as trustee for JOHN DOE TRUST 1, JANE DOE TRUST 2, JOHN DOE TRUST 3, JANE DOE TRUST 4, JOHN DOE TRUST 5, JOHN DOE TRUST 6, JANE DOE TRUST 7, JOHN DOE TRUST 8, JOHN DOE TRUST 9, JOHN DOE TRUST 10, JOHN DOE TRUST 11, JOHN DOE TRUST 12, JOHN DOE TRUST 13, JOHN DOE TRUST 14, JOHN DOE TRUST 15, JOHN DOE TRUST 16, JOHN DOE TRUST 17, JOHN DOE TRUST 18, JOHN DOE TRUST 19, JOHN DOE TRUST 20, JOHN DOE TRUST 21, JANE DOE TRUST 22, JOHN DOE TRUST 23, JOHN DOE TRUST 24, JOHN DOE TRUST 25, JOHN DOE TRUST 26, JANE DOE TRUST 27, JOHN DOE TRUST 28, JOHN DOE TRUST 29, JOHN DOE TRUST 30, | Case No.: 2:12-cv-04926-SVW-AJW<br><br>**DECLARATION OF WILLIAM C. O'NEILL IN SUPPORT OF JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*Complaint served: June 7, 2012*<br>*Current response date: June 28, 2012*<br>*New response date: August 6, 2012* |

**DECLARATION OF WILLIAM C. O'NEILL IN SUPPORT OF JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

JOHN DOE TRUST 31, JOHN DOE TRUST 32, JOHN DOE TRUST 33, JOHN DOE TRUST 34, JOHN DOE TRUST 35, JOHN DOE TRUST 36, JANE DOE TRUST 37, JOHN DOE TRUST 38, JOHN DOE TRUST 39, JANE DOE TRUST 40, JOHN DOE TRUST 41, JANE DOE TRUST 42, JANE DOE TRUST 43, JOHN DOE TRUST 44, JOHN DOE TRUST 45, JOHN DOE TRUST 46, JANE DOE TRUST 47, JOHN DOE TRUST 48, JOHN DOE TRUST 49, JOHN DOE TRUST 50, JOHN DOE TRUST 51, JANE DOE TRUST 52, JANE DOE TRUST 53, JOHN DOE TRUST 54, JOHN DOE TRUST 55, JOHN DOE TRUST 56, JANE DOE TRUST 57, JOHN DOE TRUST 58, JANE DOE TRUST 59, JOHN DOE TRUST 60,

      Plaintiffs,

vs.

PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, and THE PHOENIX COMPANIES, INC.,

      Defendants.

I, William C. O'Neill, hereby declare as follows:

1.    I am an attorney at law duly admitted to practice in the State of California and an associate Haynes and Boone, LLP, attorneys of record for Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company,

2

and The Phoenix Companies, Inc. ("Defendants") in the within action. I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto.

2. On or about June 5, 2012, Plaintiffs filed this lawsuit in the above-captioned court [*Doc. No. 1*].

3. The Complaint represents sixty insurance policies, contains Nine Claims For Relief, contains 276 allegations, demands no less than Forty-Four Million Dollars ($44,000,000) in damages, and spans 119 pages.

4. Defendants require additional time to review the allegations and the facts at issue, including the sixty policies, in order to respond to the Complaint.

5. The parties have not requested a prior extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 14th day of June, 2012, at Irvine, California.

                                        /s/ William C. O'Neill
                                        WILLIAM C. O'NEILL

**DECLARATION OF WILLIAM C. O'NEILL IN SUPPORT OF JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred. My business address is 18100 Von Karman Avenue, Suite 750, Irvine, California 92612.

On *June 14, 2012,* I served the following document described as: ***DECLARATION OF WILLIAM C. O'NEILL IN SUPPORT OF JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT*** on the interested parties in this action, addressed as follows:

Nancy S. Cohen, Esq.
John E. Failla, Esq.
Proskauer Rose, LLP
2049 Century Park East
Los Angeles, California 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

in the manner identified below:

**[XXX]    BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with Code of Civil Procedure Section 1010.6. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on *June 14, 2012,* at Irvine, California.

*Kelley L. Saunders*
Kelley L. Saunders

4

**DECLARATION OF WILLIAM C. O'NEILL IN SUPPORT OF JOINT EX PARTE APPLICATION AND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**