UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4926 SVW (AJW) | Date | July 25, 2012 |
|---|---|---|---|
| Title | Wilmington Savings Fund Society, FSB et al. v. PHL Variable Ins. Co. et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   IN CHAMBERS ORDER re Ex Parte Application to Exceed Page Limitation [21]

Denied.

: _____

Initials of Preparer   PMC