| | |
|---|---|
| 1 | Haynes and Boone, LLP |
| 2 | Kenneth Parker/Bar No. 182911 |
|   |   kenneth.parker@haynesboone.com |
| 3 | William C. O'Neill/Bar No. 251071 |
|   |   william.oneill@haynesboone.com |
| 4 | 18100 Von Karman, Suite 750 |
| 5 | Irvine, CA 92612 |
|   | Tel: (949) 202-3000 |
| 6 | Fax: (949) 202-3154 |
| 7 | |
| 8 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as successor in interest to CHRISTIANA BANK & TRUST COMPANY, as trustee for JOHN DOE TRUST 1, JANE DOE TRUST 2, JOHN DOE TRUST 3, JANE DOE TRUST 4, JOHN DOE TRUST 5, JOHN DOE TRUST 6, JANE DOE TRUST 7, JOHN DOE TRUST 8, JOHN DOE TRUST 9, JOHN DOE TRUST 10, JOHN DOE TRUST 11, JOHN DOE TRUST 12, JOHN DOE TRUST 13, JOHN DOE TRUST 14, JOHN DOE TRUST 15, JOHN DOE TRUST 16, JOHN DOE TRUST 17, JOHN DOE TRUST 18, JOHN DOE TRUST 19, JOHN DOE TRUST 20, JOHN DOE TRUST 21, JANE DOE TRUST 22, JOHN DOE TRUST 23, JOHN DOE TRUST 24, JOHN DOE TRUST 25, JOHN DOE TRUST 26, JANE DOE TRUST 27, JOHN DOE TRUST 28, JOHN DOE TRUST 29, JOHN DOE TRUST 30, | Case No.: 2:12-cv-04926-SVW-AJW<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF DOCUMENT NOS. 27 AND 29**<br><br>*Complaint served: June 7, 2012*<br>*Response date: August 6, 2012* |

| | |
|---|---|
| JOHN DOE TRUST 31, JOHN DOE TRUST 32, JOHN DOE TRUST 33, JOHN DOE TRUST 34, JOHN DOE TRUST 35, JOHN DOE TRUST 36, JANE DOE TRUST 37, JOHN DOE TRUST 38, JOHN DOE TRUST 39, JANE DOE TRUST 40, JOHN DOE TRUST 41, JANE DOE TRUST 42, JANE DOE TRUST 43, JOHN DOE TRUST 44, JOHN DOE TRUST 45, JOHN DOE TRUST 46, JANE DOE TRUST 47, JOHN DOE TRUST 48, JOHN DOE TRUST 49, JOHN DOE TRUST 50, JOHN DOE TRUST 51, JANE DOE TRUST 52, JANE DOE TRUST 53, JOHN DOE TRUST 54, JOHN DOE TRUST 55, JOHN DOE TRUST 56, JANE DOE TRUST 57, JOHN DOE TRUST 58, JANE DOE TRUST 59, JOHN DOE TRUST 60,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, and THE PHOENIX COMPANIES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO ALL INTERESTED PARTIES:

      Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, and The Phoenix Companies, Inc. ("Defendants") hereby withdraw the following erroneously filed documents:

      Document No. 27: Defendants' Notice of Motion and Motion to Dismiss; and

---

***DEFENDANTS' NOTICE OF WITHDRAWAL OF DOCUMENT NOS. 27 AND 29***

1 | Document No. 29: Memorandum in Support of Motion to Dismiss.
2 |
3 | DATED:  August 6, 2012           HAYNES AND BOONE, LLP
4 |
5 |                                  By:   /s/ William C. O'Neill
6 |                                      Kenneth G. Parker
      William C. O'Neill
7 |    Attorneys for Defendants PHL
      VARIABLE INSURANCE COMPANY,
8 |    PHOENIX LIFE INSURANCE
9 |    COMPANY, and THE PHOENIX
      COMPANIES, INC.
10 |
11 |

*DEFENDANTS' NOTICE OF WITHDRAWAL OF DOCUMENT NOS. 27 AND 29*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2012, I filed the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF DOCUMENT NOS. 27 AND 29** with the Court through this district's CM/ECF system. This service complies with the Federal Rules of Civil Procedure and Local Rule 5-4. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

/s/ William C. O'Neill
William C. O'Neill