1   KENNETH G. PARKER (SBN 182911)
      kenneth.parker@haynesboone.com
2   WILLIAM C. O'NEILL (SBN 251071)
      william.oneill@haynesboone.com
3   HAYNES AND BOONE, LLP
    18100 Von Karman Ave., Suite 750
4   Irvine, California 92612
    Telephone:  (949) 202-3000
5   Facsimile:   (949) 202-3154

6   THOMAS F.A. HETHERINGTON
      (Texas Bar No. 24007359)*
7       thomas.hetherington@emhllp.com
    DAVID T. McDOWELL
8       (Texas Bar No. 00791222)**
        david.mcdowell@emhllp.com
9   JARRETT E. GANER
      (Texas Bar No. 24055520)*
10      jarret.ganer@emhllp.com
    SHANNON A. LANG (SBN 257470)
11      shannon.lang@emhllp.com
    EDISON, McDOWELL & HETHERINGTON LLP
12  3200 Southwest Freeway, Suite 2100
    Houston, Texas 77027
13  Telephone:  (713) 337-5580
    Facsimile:   (713) 337-8850
14  *   admitted *pro hac vice*
    ** *pro hac vice* forthcoming
15
    Attorneys for Defendants
16  PHL VARIABLE INSURANCE COMPANY,
    PHOENIX LIFE INSURANCE COMPANY, and
17  THE PHOENIX COMPANIES, INC.

18                     **UNITED STATES DISTRICT COURT**

19                     **CENTRAL DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  Wilmington Savings Fund Society, FSB as successor in interest to Christiana Bank & Trust Company, as trustee for JOHN DOE TRUST 1, *et al.*, | Case No. CV12-04926-SWV-AJWx |
| 22 | |
| 23 | Assigned to:  Hon. Stephen V. Wilson |
| 24              Plaintiffs, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** |
| 25  v. | |
| 26  PHL Variable Insurance Company, *et al.*, | Date:          October 15, 2012 |
| 27              Defendants. | Time:          1:30 PM |
| 28 | Courtroom:   6 |

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** on October 15, 2012, at 1:30 p.m. in Courtroom 6 of the above-title Court, Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, and The Phoenix Companies, Inc. (collectively "Phoenix") will and hereby does move the Court to grant Phoenix's Motion to Transfer Venue to the United States District Court for the District of Delaware.  Phoenix brings this Motion pursuant to Rules 6(d), 12(b)(1), 12(b)(3), 12(b)(6), and 15(a)(3) of the Federal Rules of Civil Procedure, and based on the reasons set forth in the Memorandum of Points and Authorities submitted contemporaneously herewith.

This Motion is based on this Notice, the Memorandum of Law in support thereof, the attached Exhibits, the record in this case, and counsel's argument at the hearing, if any.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 30, 2012.

Dated: August 6, 2012                    HAYNES AND BOONE, LLP


By: /s/ William C. O'Neill
        Kenneth G. Parker
        William C. O'Neill
        Attorneys for Defendants
        PHL VARIABLE INSURANCE CO.,
        PHOENIX LIFE INSURANCE CO., and
        THE PHOENIX COMPANIES, INC.

1
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

## <u>CERTIFICATE OF CONFERENCE</u>

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 30, 2012.

_Jarrett E. Ganer_

Jarrett E. Ganer

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred. My business address is 18100 Von Karman Avenue, Suite 750, Irvine, California 92612.

On *August 6, 2012,* I served the following document described as: ***DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS*** on the interested parties in this action, addressed as follows:

Nancy Sher Cohen, Esq.
Proskauer Rose, LLP
2049 Century Park East
Suite 3200
Los Angeles, California 90067-3206
Telephone:   (310) 284-5655
Facsimile:    (310) 557-2193
E-Mail:        ncohen@proskauer.com

in the manner identified below:

**[XXX]**          **BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure and Local Rule 5-4. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on *August 6, 2012,* at Irvine, California.

*Kelley L. Saunders*
Kelley L. Saunders

3
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**