# EXHIBIT H



# PHOENIX

| Name | Policy Number | Billing Date | Billing Due Date | Frequency | Amount Due |
|---|---|---|---|---|---|
| Redacted | 97520284 | 12/19/2009 | 01/08/2010 | Annual | $180,492.00 |

Redacted IRRV TST
WSFS, FSB, TRUSTEE
500 DELAWARE AVE, 11TH FL
PO BOX 957
WILMINGTON DE 19899-0957

**Agent Name**   Robert Finfer
**Agency**   E9200

If you have any questions, please contact Customer Service at 1-800-541-0171 Monday thru Thursday, 8:30AM to 8:00PM and 8:30AM to 6:00PM on Friday Eastern time, or write to us at the above address.

Phoenix Life Insurance Company
PHL Variable Insurance Company
P.O. Box 8027
Boston, MA 01302-0942

**VARIABLE AND UNIVERSAL LIFE**

| Name | Policy Number | Billing Date | Billing Due Date | Frequency | Amount Due |
|---|---|---|---|---|---|
| Redacted | 97520284 | 12/19/2009 | 01/08/2010 | Annual | $180,492.00 |

Please enter amount enclosed $_____.   Make check or money order payable to: Phoenix Life Company.

NEW Mailing Address (Include No., Street ) (Please print)          City                          State              Zip Code

**EXHIBIT H**
**109**