# EXHIBIT I



PHL Variable Insurance Company
PO Box 8027
Boston, MA 02266-8027

January 8, 2010 - January 7, 2011

## ANNUAL POLICY SUMMARY
## PHOENIX ACCUMULATOR

**POLICY NUMBER**
97520284
**DATE OF ISSUE**
January 8, 2007

ROBERT E. FINFER
6701 DEMOCRACY BLVD
STE 300
BETHESDA    ,MD 20817

**MAILING NAME & ADDRESS**
Redacted IRRV TST
CHRISTIANA BANK TTE
300 DELAWARE AVE STE 714
WILMINGTON, DE 19801-6600

**YOUR STATEMENT CONTAINS** *time sensitive information. Please check your statement carefully and advise Phoenix of any errors within ten days.*

### POLICY SPECIFICATIONS

**DEATH BENEFIT OPTION A:** *The death benefit of the base contract is equal to the base policy's face amount, but no less than the Minimum Death Benefit, as defined in your policy.*

As of January 07, 2011

| | |
|---|---|
| Policy Status | in Force |
| Death Benefit Option | Option A |
| Base Policy Face Amount | $4,000,000.00 |
| Policy Type | Single Life |
| **Policy Owner** | Redacted |
| **First Insured** | |

### POLICY VALUES

| | Beginning Value as of 01/08/2010 | Ending Value as of 01/07/2011 | Projected Value as of 01/07/2012 |
|---|---|---|---|
| **Policy Value** | $121,327.28 | $75,138.39 | $24,619.40 |
| Surrender Charge | $209,672.98 | $200,910.47 | $192,409.82 |
| Net Surrender Value | $0.00 | $0.00 | $0.00 |

**NET SURRENDER VALUE** *is the Policy Value less any applicable Surrender Charge that would apply on the date of surrender and less any policy loan.*
**PROJECTED VALUES** *assume: (1) The payment of planned premiums, if any, (2) Monthly deductions based upon guaranteed cost of insurance rates, (3) Annual interest at 4.00%, and (4) No additional withdrawals or additional loans.*
**IMPORTANT RATE CHANGE NOTICE:** *The credited interest rate on unborrowed policy values has been changed effective 01/16/2010. The new rate is 4.75%.*

### POLICY DEATH BENEFIT SUMMARY

| | |
|---|---|
| Base Policy Face Amount | $4,000,000.00 |
| Net Death Benefit | $4,000,000.00 |

*Unless otherwise indicated, the Net Death Benefit does not include the riders listed below, if applicable. Any outstanding policy debt has been deducted from the Net Death Benefit.*

### FEATURES AND RIDERS

| Rider | Insured | Amount of Benefit | Expiration Date |
|---|---|---|---|
| Age 100+ Rider | | | |
| Life Plan Option | | | |

Agency no. E9200
Agent no. 313479

Statement Run Date: 01/11/2011
43

ADVISOR COPY

1 of 3

EXHIBIT I
110

OWNER: Redacted
POLICY NUMBER: 97520284

January 8, 2010 - January 7, 2011

## ACTIVITY SUMMARY

| Date | Transaction type | Amount | Policy Values |
|---|---|---:|---:|
| 01/08/10 | Monthly Deductions | -$4,917.13 | |
| | Interest Credited | $501.79 | |
| 02/08/10 | Monthly Deductions | -$4,922.78 | |
| | Interest Credited | $465.89 | |
| 03/08/10 | Monthly Deductions | -$4,928.53 | |
| | Interest Credited | $399.32 | |
| 04/08/10 | Monthly Deductions | -$4,934.26 | |
| | Interest Credited | $424.30 | |
| 05/08/10 | Monthly Deductions | -$4,940.03 | |
| | Interest Credited | $393.35 | |
| 06/08/10 | Monthly Deductions | -$4,945.82 | |
| | Interest Credited | $388.53 | |
| 07/08/10 | Monthly Deductions | -$4,951.65 | |
| | Interest Credited | $358.56 | |
| 08/08/10 | Monthly Deductions | -$4,957.49 | |
| | Interest Credited | $352.39 | |
| 09/08/10 | Monthly Deductions | -$4,963.37 | |
| | Interest Credited | $334.21 | |
| 10/08/10 | Monthly Deductions | -$4,969.29 | |
| | Interest Credited | $305.72 | |
| 11/08/10 | Monthly Deductions | -$4,975.23 | |
| | Interest Credited | $297.51 | |
| 12/08/10 | Monthly Deductions | -$4,981.21 | |
| | Interest Credited | $270.02 | |
| 01/05/11 | Premium Payment | $9,408.00 | |
| | Net Premium Paid | $8,937.60 | |
| 01/07/11 | **Ending Value** | | **$75,138.39** |

**MONTHLY DEDUCTIONS** *include Monthly Service and Expense Charges, Cost of Insurance and Rider Benefit Charges.*

**THE MONTHLY DEDUCTION** *includes the Monthly Cost of Insurance rate for the Basic Face amount which for the report period was $001.2695 per $1,000 of net amount at risk.*

**THE PROJECTED** *current interest rate as of the date of this statement is 4.65% for unloaned amounts. Interest is credited on Non-Preferred loan amounts at 4.75% and Preferred loan amounts at 6.00%. The rate charged on loaned amounts for the next policy year is 6.00% in arrears.*

**WITH NO** *loans, withdrawals or policy changes made after the report date; Based upon guaranteed assumptions your policy will remain in force until 04/08/2011 with no future premiums paid or until 10/08/2012 with future premiums paid as planned.*

**INTEREST IS CREDITED** *monthly to the policy value after deducting charges for expense and costs for insurance protection as described in the policy values provision of the policy.*

**OWNER:** Redacted  
**POLICY NUMBER:** 97520284

January 8, 2010 - January 7, 2011

## CUSTOMER SERVICE

www.phoenixwm.com

With a history dating to 1851, The Phoenix Companies, Inc. (NYSE:PNX) helps meet diverse personal financial and business planning needs through a broad array of life insurance, annuities, and alternative retirement solutions.

**THANK YOU** for choosing Phoenix to meet your insurance and investment needs. We are committed to providing you with the highest level of service now, and in the future.

**1-800-541-0171**

**OUR AUTOMATED VOICE RESPONSE** System is available 24 hours a day, 7 days a week.

**CUSTOMER SERVICE** Representatives are available Monday through Friday, 8:30 a.m. to 6:00 p.m. eastern time.

**IMPORTANT POLICY OWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by calling 1-800-541-0171, writing to us at P.O. Box 8027 Boston, MA 02266-8027 or contacting your Agent. If you do not receive a current illustration of your policy within thirty days from your request, you should contact your State Insurance Department.

**MAILING ADDRESS**  
PHL Variable Insurance Company  
PO Box 8027  
Boston, MA 02266-8027

**EXHIBIT I**

**113**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred. My business address is 18100 Von Karman Avenue, Suite 750, Irvine, California 92612.

On **August 6, 2012**, I served the following document described as: ***EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS*** on the interested parties in this action, addressed as follows:

Nancy Sher Cohen, Esq.
Proskauer Rose, LLP
2049 Century Park East
Suite 3200
Los Angeles, California 90067-3206
Telephone: (310) 284-5655
Facsimile: (310) 557-2193
E-Mail: ncohen@proskauer.com

in the manner identified below:

[XXX]   **BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure and Local Rule 5-4. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on **August 6, 2012**, at Irvine, California.

*/s/ Kelley L. Saunders*
Kelley L. Saunders

**EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**