KENNETH G. PARKER (SBN 182911)
  kenneth.parker@haynesboone.com
WILLIAM C. O'NEILL (SBN 251071)
  william.oneill@haynesboone.com
HAYNES AND BOONE, LLP
18100 Von Karman Ave., Suite 750
Irvine, California 92612
Telephone:  (949) 202-3000
Facsimile:   (949) 202-3154

THOMAS F.A. HETHERINGTON
  (Texas Bar No. 24007359)*
  thomas.hetherington@emhllp.com
DAVID T. McDOWELL
  (Texas Bar No. 00791222)**
  david.mcdowell@emhllp.com
JARRETT E. GANER
  (Texas Bar No. 24055520)*
  jarret.ganer@emhllp.com
SHANNON A. LANG (SBN 257470)
  shannon.lang@emhllp.com
EDISON, MCDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone:  (713) 337-5580
Facsimile:   (713) 337-8850
*  *pro hac vice*
** *pro hac vice* forthcoming

Attorneys for Defendants
PHL VARIABLE INSURANCE COMPANY,
PHOENIX LIFE INSURANCE COMPANY, and
THE PHOENIX COMPANIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilmington Savings Fund Society, FSB as successor in interest to Christiana Bank & Trust Company, as trustee for JOHN DOE TRUST 1, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHL Variable Insurance Company, *et al.*, <br><br> Defendants. | Case No. CV12-04926-SWV-AJWx <br><br> Assigned to:  Hon Stephen V. Wilson <br><br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS** <br><br> Date:            October 15, 2012 <br> Time:           1:30 PM <br> Courtroom:   6 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On August 6, 2012, pursuant to Federal Rules of Civil Procedure 9, 12(b)(1), 12(b)(3), and 12(b)(6), Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, and The Phoenix Companies, Inc. (collectively, "Phoenix"), moved to dismiss all claims alleged in the above-captioned lawsuit. On August 7, 2012, the Honorable Philip S. Gutierrez of this District, issued an Order analyzing issues similar to those addressed in Phoenix's Motion to Dismiss. *See* Exh. A: (In Chambers) Order GRANTING Motion to Dismiss, *Mosier v. Phoenix Life Ins. Co.*, Case No. CV 12-227 PSG (Ex) (C.D. Cal. Aug. 7, 2012) ("Order"). Accordingly, Phoenix respectfully requests that this Court take notice of the *Mosier* decision in evaluating Phoenix's Motion to Dismiss.

Dated: August 8, 2012        HAYNES AND BOONE, LLP

By: /s/ William C. O'Neill
    Kenneth G. Parker
    William C. O'Neill
    Attorneys for Defendants
    PHL VARIABLE INSURANCE CO.,
    PHOENIX LIFE INSURANCE CO., and
    THE PHOENIX COMPANIES, INC.

1

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred. My business address is 18100 Von Karman Avenue, Suite 750, Irvine, California 92612.

On *July 8, 2012,* I served the following document described as: **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS** on the interested parties in this action, addressed as follows:

Nancy Sher Cohen, Esq.
Proskauer Rose, LLP
2049 Century Park East
Suite 3200
Los Angeles, California 90067-3206
Telephone:   (310) 284-5655
Facsimile:   (310) 557-2193
E-Mail:      ncohen@proskauer.com

in the manner identified below:

**[XXX]      BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure and Local Rule . The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on *July 8, 2012,* at Irvine, California.

*Kelley L. Saunders*
Kelley L. Saunders

2

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**