| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY<br>DUE DATE: |

| TRANSCRIPT DESIGNATION AND ORDERING FORM |
|---|

| 1. NAME<br>JOSEPH E. CLARK | 2. PHONE NUMBER<br>(310) 284-4536 | 3. DATE<br>12/04/2012 | |
|---|---|---|---|
| 4. FIRM NAME: PROSKAUER ROSE LLP | 5. E-MAIL ADDRESS: jclark@proskauer.com | | |
| 6. MAILING ADDRESS<br>2049 Century Park East, Suite 3200 | 7. CITY<br>Los Angeles | 8. STATE<br>CA | 9. ZIP CODE<br>90067-3206 |
| 10. CASE NUMBER<br>2:12-cv-04926-SVW | 11. CASE NAME<br>Wilmington Savings Fund Society FSB v. PHL Variable Ins. | 12. JUDGE<br>Stephen V. Wilson | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR  ☐ APPEAL  ☒ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 12/03/2012 | Deborah Gackle | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☒ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☒ |
| 14 DAYS | ☐ | PDF FORMAT | ☒ |
| 7 DAYS | ☒ | ASCII FORMAT | ☒ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

| | |
|---|---|
| (CERTIFICATION 17 & 18)<br>By signing the below, I certify that I will pay all charges (deposit plus additional). | 19. Transcription agency for digitally recorded proceedings:<br>Deborah Gackle, CSR |
| | 20. Month: December  Day: 5  Year: 2012<br>Transcript payment arrangements were made with: |
| 17. DATE: December 5, 2012 | NAME OF OFFICIAL: Deborah Gackle / Tax ID #80-0712014 |
| 18. SIGNATURE: /s/ Joseph E. Clark | Payment of estimated transcript fees were sent on the following date:<br>Month: December  Day: 5  Year: 2012 |

G-120 (09/12)

Richardson, Amy

| | |
|---|---|
| **From:** | Deborah Gackle [dkgackle@sbcglobal.net] |
| **Sent:** | Tuesday, December 04, 2012 9:44 AM |
| **To:** | Richardson, Amy; Deborah Gackle |

Hi, the estimate for the 12/3/2012 Wilmington transcript is $190.32 for expedited delivery. Please make the check payable to Deborah Gackle at the address below. My Tax I.D. is 80-0712014.   thank you.  Deborah


On 12/4/2012 9:05 AM, TRANSCRIPT ORDER FORM wrote:

| | |
|---|---|
| **Case Name** | Wilmington Savings Fund Society, FSB, et al v. PHL Variable Insurance |
| **Date of Proceedings** | 12/03/2012 |
| **Judge's Name** | Hon. Stephen V. Wilson |
| **Case #** | 2:12-cv-04926-SVW |
| **Who do you represent?** | Plaintiff |
| **Name of person placing this order** | Amy Richardson |
| **Name of Ordering Attorney** | Joseph Clark |
| **Law Firm** | Proskauer Rose LLP |
| **Address** | 2049 Century Park East Suite 3200<br>Los Angeles, CA 90067-3206<br>United States |
| **Phone** | (310) 284-4551 |
| **Email** | arichardson@proskauer.com |
| **Order (please select one)** | I prefer a .pdf and a signed certified hard copy |
| **Request an ascii in addition?** | I would like an ascii in addition |
| **Shipping (please select one)** | Here is my FedEx acct. number for shipping: |
| **FedEx Acct. Number** | 0904-6938-0 |
| **Delivery (please select one)** | 7 days |

```
--
Thanks,
Deborah

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
Deborah Gackle, CSR, RPR
U.S. Official Federal Court Reporter to the Hon. Stephen V. Wilson
United States District Court
Central District of California
312 North Spring St., #402-A
Los Angeles, CA 90012
Please order court transcripts here:   www.deborahgackle.com

PLEASE REMEMBER:   E-mailed transcripts are for the recipient only and are not
```

12/4/2012

**PROSKAUER ROSE LLP**   2049 CENTURY PARK EAST, SUITE 3200, LOS ANGELES,   **CHECK NO.:** 437031

| VCHR # | INV. # | DATE | ACCOUNT # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 2051185 | 120412 | 12-04-12 |  | Expedited hearing transcript of 12/03/12 | 190.32 |

THIS DOCUMENT IS PROTECTED BY ANTI-COUNTERFEITING MEASURES
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

CHECK DATE
12/05/12

**PROSKAUER ROSE LLP**
2049 CENTURY PARK EAST, SUITE 3200,
LOS ANGELES, CA 90067

CHECK NO. **437031**
90-7172/3222145

CITIBANK, F.S.B.
333 S.GRAND AVENUE
LOS ANGELES, CA 90071

OPERATING ACCOUNT
CHECK AMOUNT

$190.32

ONE HUNDRED NINETY AND 32/100 DOLLARS

PAY TO THE ORDER OF

DEBORAH GACKLE
312 NORTH SPRING STREET, #402-A
LOS ANGELES, CA 80-0712012

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW

⑈437031⑈ ⑆322271724⑆   ⑉00001667⑈